UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALLEN REDWINE,<br><br>    Plaintiff,<br><br>  v.<br><br>M.E. SPEARMAN, et. al.,<br><br>    Defendants. | Case No. 15-cv-3109-TEH<br><br>JUDGMENT |

    For the reasons set forth in the Order of Dismissal, Judgment is entered in favor of Defendant. Plaintiff shall take nothing by way of his Complaint.

    IT IS SO ORDERED.

Dated: 12/15/2016

                                                                                                                      */s/ Thelton E. Henderson*

                                                                  THELTON E. HENDERSON<br>                                                                  United States District Judge

G:\PRO-SE\TEH\CR.15\Redwine3109.jud.docx